## FABER v. THE STATE.

From the Kosciusko Circuit Court.

*J. S. Frazer, W.D. Frazer, L. H. Haymond* and —— *Royse*, for appellant.

*T. W. Woollen,* Attorney General, for the State.

PERKINS, J.—The judgment in this case is affirmed, upon the authority of *Manheim* v. *The State, ante*, p. 65, at this term, in which case the question presented in this is decided. Affirmed, with costs.

Petition for a rehearing overruled.

## PATTISON v. DOLLMAN.

From the Marion Superior Court.

*F. H. Levering, C. Ballenger* and *D. M. Bradbury*, for appellant.

*G. Carter* and *J. N. Binford*, for appellee.

PERKINS, J.—Suit by appellee, against appellant and others, to enforce a mechanic's lien. The suit was in the Marion Superior Court, in which court, in special term, the appellee recovered judgment, upon a special finding. On appeal to general term, the following errors were assigned:

1. The court erred in its conclusions of law ;

2. The court erred in sustaining the mechanic's lien.

The opinion upon the decision of the cause was given by Judge Williams in these words, viz. :

"This case is identical, in every particular except the name of the defendant and the amount of the lien claimed and proved, with appeal number ninety six, decided at the present term [*Harrington* v. *Dollman*, 64 Ind. 255, decided on appeal to this court, at this term]. Defendant, William A. Pattison, the present owner of the premises, alone appeals. The judgment in special term is affirmed."

An examination of the record of the two cases shows the accuracy of the above statement.

On appeal to this court, the error assigned was that the Superior Court, in general term, erred in affirming the judgment rendered in special term. The decision of this court in *Harrington* v. *Dollman, supra*, at the present term, decides that said assignment of error is not true.

The judgment is affirmed, with costs.

## BAUM v. THE STATE.

From the Clinton Circuit Court.

*A. E. Paige, S. O. Bayless* and *J. U. Gorman*, for appellant.

*T. W. Woollen*, Attorney General, and *W. B. Moore*, Prosecuting Attorney, for the State.

HOWK, J.—This case is substantially the same, in all respects, as the case of *Perkins* v. *The State*, 65 Ind. 317. The appellant, Baum, and Perkins were jointly indicted for the same offence, growing out of the same transaction. Upon separate trials, they were severally convicted upon substantially the same evidence, and each of them appealed to this court. Manifestly, therefore, this cause must be decided as the case cited was decided, and for the same reasons.

The judgment is reversed, and the cause is remanded for a new trial ; and the clerk of this court will issue notice, to the warden of the proper prison, to return the appellant, Baum, into the custody of the sheriff of Clinton county, to abide the further order of the Clinton Circuit Court.